**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
### Voluntary Petition for Non-Individuals Filing for Bankruptcy                                  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Greater Parkhill Church of God In Christ, Inc.** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 3 – 2 4 6 8 8 6 0 | |
| **4. Debtor's address** | **Principal place of business** 7809 Winship St  Number   Street  Houston, TX 77028-2441  City                State  ZIP Code  Harris  County | **Mailing address, if different from principal place of business**  Number   Street  City                State  ZIP Code  **Location of principal assets, if different from principal place of business** 11066 Hwy 242  Number   Street  Conroe, TX 77385  City                State  ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☑ Other. Specify:  **Non-Profit** | |

Official Form 201             **Voluntary Petition for Non-Individuals Filing for Bankruptcy**             page **1**

Debtor **Greater Parkhill Church of God In Christ, Inc.**  Case number *(if known)*
　　　Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*
☑ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*
　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　☐ A plan is being filed with this petition.
　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.　Debtor _____ Relationship _____
　　　　　District _____ When _____
　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　　Case number, if known _____

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 2

Debtor   **Greater Parkhill Church of God In Christ, Inc.**   Case number *(if known)* _____
      Name

| 11. Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number   Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor **Greater Parkhill Church of God In Christ, Inc.**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/03/2025**
MM/ DD/ YYYY

X **/s/ Robert Robinson**
Signature of authorized representative of debtor

**Robert Robinson**
Printed name

Title **Pastor**

**18. Signature of attorney**

X **/s/ Aaron W. McCardell, Sr**
Signature of attorney for debtor

Date **11/03/2025**
MM/ DD/ YYYY

**Aaron W. McCardell, Sr**
Printed name

**THE MCCARDELL LAW FIRM, PLLC**
Firm name

**440 Louisiana**
Number      Street

**Houston**
City

**TX**
State

**77002**
ZIP Code

**(713) 236-8736**
Contact phone

**amccardell@mccardelllaw.com**
Email address

**24120996**
Bar number

**TX**
State

**Fill in this information to identify the case:**

Debtor name: **Greater Parkhill Church of God In Christ, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
   |---|---|---|

   **2.1**  **Creditor's name**
   Atlanta Financial

   **Describe debtor's property that is subject to a lien**
   Real Property

   Amount of claim: **$590,000.00**      Value of collateral: **$2,000,020.00**

   **Creditor's mailing address**
   9120 Double Diamond Pkwy 12A
   Reno, NV 89521

   **Describe the lien**
   _____

   **Is the creditor an insider or related party?**
   ☑ No
   ☐ Yes

   **Creditor's email address, if known**
   _____

   **Is anyone else liable on this claim?**
   ☑ No
   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   **Date debt was incurred** _____

   **Last 4 digits of account number**  __ __ __ __

   **As of the petition filing date, the claim is:**
   Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

   **Do multiple creditors have an interest in the same property?**
   ☑ No
   ☐ Yes. Specify each creditor, including this creditor, and its relative priority.
   _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       **$590,000.00**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Greater Parkhill Church of God In Christ, Inc.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **11/03/2025**    Signature    **/s/ Robert Robinson**
Robert Robinson, Pastor

Atlanta Financial
9120 Double Diamond Pkwy 12A
Reno, NV 89521